BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    vs.<br><br>U.S. CURRENCY IN THE APPROXIMATE SUM OF $19,809.49 SEIZED FROM WELLS FARGO BANK ACCOUNTS (#2271 and #7289 – Owner: Jose Carrasco),<br><br>      Defendant. | Case No. CV-<br><br>**VERIFIED COMPLAINT *IN REM*** |

Plaintiff, United States of America, by and through Bart M. Davis, United States

Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, Kevin

T. Maloney, brings this complaint and alleges as follows in accordance with Rule G(2) of the

Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Actions, Federal Rules of

Civil Procedure:

VERIFIED COMPLAINT *IN REM*- 1

## NATURE OF THE ACTION

1.      This is an action *in rem* to forfeit and condemn to the use and benefit of the

United States of America the property described below in connection with violations of

18 U.S.C. § 1956, money laundering, and 21 U.S.C. § 841 distribution of controlled substances.

This property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and (C), civil

forfeiture, and 21 U.S.C. § 881(a)(6), civil controlled substance violation forfeiture.

## THE DEFENDANT *IN REM*

2.      The following property is subject to forfeiture in this civil action (hereinafter

"Defendant Property"):

> **United States Currency in the Approximate Sum of $19,809.49, seized from two
> Wells Fargo Bank Accounts held in the name of Jose Carrasco:  Acct. No. ending
> 2271 in the sum of $19,227.71 (seized on or about 5/11/2017) and Acct. No. ending
> 7289 in the sum of $581.78 (seized on or about 5/31/17).**

3.      The Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) served dual

criminal/civil seizure warrants on Wells Fargo Bank (hereinafter "Wells Fargo") as part of its

criminal investigation against Jose Carrasco ("Carrasco"), referenced in the attached affidavit of

ATF Special Agent Hoshihito Kondo.  After seizure of the two bank accounts from Wells Fargo,

the currency was converted to cashier's checks on the respective seizure dates for a total of

approximately $19,809.49 in seized currency.   The Defendant Property is currently held by the

United States Marshals Service in the U.S. Department of Justice, Seized Asset Fund, pending

disposition of this civil proceeding.  The Defendant Property is subject to arrest pursuant to Rule

G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims,

Federal Rules of Civil Procedure.

4.      The Defendant Property relates to a Superseding Indictment filed against

Carrasco on May 23, 2017, in the U.S. District Court for the District of Idaho, Case No. CR-17-

VERIFIED COMPLAINT *IN REM*- 2

089-E-BLW.  Carrasco remains a fugitive, thus preventing completion of criminal forfeiture.
Therefore, the United States files this complaint for the forfeiture of the funds in this civil
proceeding.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action under 28 U.S.C.
§ 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).  This court also has
jurisdiction over this action under 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) and (C).

6.      This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C.
§ 1355(b)(1)(A) and (B), because acts or omissions giving rise to the forfeiture occurred, and the
property is found, in this District.

7.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because events
giving rise to the claim occurred in this District and the Defendant Property is situated in this
District; and pursuant to 28 U.S.C. § 1395(a) and (b) because the Defendant Property is found in
this District.  *See also* 28 U.S.C. § 1355(b).

## BASES FOR FORFEITURE

8.      The Defendant Property is subject to forfeiture pursuant to:

a)      21 U.S.C. § 881(a)(6) as moneys furnished or intended to be furnished by
any person in exchange for a controlled substance or traceable to such an exchange or
used or intended to be used to facilitate violations of the Controlled Substances Act,
including the distribution of Schedule II methamphetamine in violation of 21 U.S.C.
§ 841(a);

b)      18 U.S.C. § 981(a)(1)(A) as property involved in, or traceable to, a money
laundering transaction in violation of 18 U.S.C. § 1956(a)(1)(A), including a transaction

VERIFIED COMPLAINT *IN REM*- 3

with the proceeds of a specified unlawful activity (distribution of controlled substance) made with the intent to promote that activity;

      c)    18 U.S.C. § 981(a)(1)(C) as property constituting, or derived from, proceeds traceable to a violation of an offense constituting a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7); and

      d)    Federal conspiracy law related to sections (a) – (c) above. *See* 18 U.S.C. §§ 371 and 1956(h); 21 U.S.C. § 846.

## FACTS

9.    The facts supporting this forfeiture action are set out in the Affidavit of ATF Special Agent Hoshihito Kondo, filed contemporaneously under seal and incorporated herein by reference. In summary, the Defendant Property is subject to forfeiture as proceeds, facilitating property, and property involved in possession with intent to distribute, Schedule II methamphetamine and as property involved in money laundering transactions.

## CLAIM FOR RELIEF

10.    WHEREFORE, the United States of America requests that the Court order the Defendant Property forfeited to the United States, that the Court award the United States costs and disbursements in this action, and that the Court award such other and further relief as this Court deems proper and just.

Respectfully submitted this  /0ᵗʰ  day of January 2019.

> BART M. DAVIS
> UNITED STATES ATTORNEY
> By:
>
> KEVIN T. MALONEY
> Assistant United States Attorney

VERIFIED COMPLAINT *IN REM*- 4

## **VERIFICATION**

I, Hoshihito Kondo, hereby verify and declare under penalty of perjury that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, that I have read the foregoing Verified Complaint *In Rem* and know the contents thereof, and that the matters contained in the complaint are true to the best of my knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my involvement in the investigation of this case, together with other officers.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated this ___9th___ day of January, 2019.


HOSHIHITO KONDO
ATF SPECIAL AGENT

VERIFIED COMPLAINT *IN REM*- 5